| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| 2 | NORA FRIMANN, Assistant City Attorney (#93249)<br>RANDOLPH S. HOM, Senior Deputy City Attorney (#152833) |
| 3 | Office of the City Attorney<br>200 East Santa Clara Street |
| 4 | San Jose, California 95113<br>Telephone:   (408) 535-1900 |
| 5 | Facsimile:    (408) 998-3131<br>Email:           cao.main@sanjoseca.gov |
| 6 | Attorneys for Defendants |
| 7 | LEE TASSIO and ANTHONY KILMER |
| 8 | PAUL F. CAPUTO (144592)<br>HAWKINS – CAPUTO |
| 9 | 96 North Third Street, Suite 300<br>San Jose, California 95113 |
| 10 | Telephone Number: (408) 280-7111<br>Facsimile Number: (408) 292- 7868 |
| 11 | E-Mail Address: paul@caputolaw.com |
| 12 | JAIME A. LEANOS (159471)<br>MORALES & LEANOS |
| 13 | 75 East Santa Clara Street, Suite 250<br>San Jose, California 95113 |
| 14 | Telephone Number: (408) 294-6800<br>Facsimile Number: (408) 294-7102 |
| 15 | Email Address: jleanoslaw@pacbell.net |
| 16 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 20 | CELINA GALINDO, SABRINA GALINDO and V.G., IV, A MINOR, BY AND THROUGH HIS GARDIAN AD LITEM GINA PADILLA, | NO.: C13-0105 (HRL) |
| | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| | v. | |
| | LEE TASSIO, individually and as an Officer of the San Jose Police Department and ANTHONY KILMER, individually and as an Officer of the San Jose Police Department and DOES 1 through 20, inclusive, | |
| | Defendants. | |

1   The parties, by and through their respective counsel, hereby stipulate as follows:

2   1.  Due to calendar conflicts with the performance of early discovery relating to
3   percipient witnesses to the subject incident, before the completion of the Early Neutral
4   Evaluation ("ENE"), the parties respectfully request that the Court extend the date to complete
5   the ENE from July 16, 2013 to September 27, 2013.

DATED:  May 14, 2013          LAW OFFICES OF MORALES & LEANOS

By:  _____/s/_____
       JAIME A. LEANOS
       Attorney for Plaintiffs

DATED:  May 14, 2013          RICHARD DOYLE, City Attorney

By:  _____/s/_____
       RANDOLPH S. HOM,
       Sr. Deputy City Attorney
       Attorneys for Defendants

I affirm that Plaintiffs' counsel has consented to the electronic filing of the within document.

DATED:  May 14, 2013          RICHARD DOYLE, City Attorney

By:  _____/s/_____
       RANDOLPH S. HOM,
       Sr. Deputy City Attorney
       Attorneys for Defendants

**The deadline to complete Early Neutral Evaluation is extended to August 13, 2013.**

~~GOOD CAUSE APPEARING~~, IT IS SO ORDERED.

DATED:  May 15, 2013          _____
                               THE HONORABLE HOWARD R. LLOYD
                               United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER          2          C13-0105 (HRL)
                                                      977326