1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
2  RANDOLPH S. HOM, Senior Deputy City Attorney (#152833)
   Office of the City Attorney
3  200 East Santa Clara Street
   San Jose, California  95113
4  Telephone:   (408) 535-1900
   Facsimile:    (408) 998-3131
5  Email:         cao.main@sanjoseca.gov

6  Attorneys for Defendants
   LEE TASSIO and ANTHONY KILMER
7
   PAUL F. CAPUTO (144592)
8  HAWKINS – CAPUTO
   96 North Third Street, Suite 300
9  San Jose, California 95113
   Telephone Number: (408) 280-7111
10 Facsimile Number: (408) 292- 7868
   E-Mail Address: paul@caputolaw.com
11
   JAIME A. LEANOS (159471)
12 MORALES & LEANOS
   75 East Santa Clara Street, Suite 250
13 San Jose, California 95113
   Telephone Number: (408) 294-6800
14 Facsimile Number: (408) 294-7102
   Email Address: jleanoslaw@pacbell.net
15
   Attorneys for Plaintiffs
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                           SAN JOSE DIVISION

20 CELINA GALINDO, SABRINA GALINDO        NO.: C13-0105 (HRL)
   and V.G., IV, A MINOR, BY AND
21 THROUGH HIS GARDIAN AD LITEM
   GINA PADILLA,
22
            Plaintiffs,                   **STIPULATION AND [PROPOSED]**
23                                        **ORDER**
        v.
24
   LEE TASSIO, individually and as an
25 Officer of the San Jose Police Department
   and ANTHONY KILMER, individually and
26 as an Officer of the San Jose Police
   Department and DOES 1 through 20,
27 inclusive,
            Defendants.
28

The parties, by and through their respective counsel, hereby stipulate as follows:

1. Due to calendar conflicts with the performance of early discovery relating to percipient witnesses to the subject incident, before the completion of the Early Neutral Evaluation ("ENE"), the parties respectfully request that the Court extend the date to complete the ENE from July 16, 2013 to September 27, 2013.

DATED: May 14, 2013          LAW OFFICES OF MORALES & LEANOS

By: _____/s/_____
JAIME A. LEANOS
Attorney for Plaintiffs

DATED: May 14, 2013          RICHARD DOYLE, City Attorney

By: _____/s/_____
RANDOLPH S. HOM,
Sr. Deputy City Attorney
Attorneys for Defendants

I affirm that Plaintiffs' counsel has consented to the electronic filing of the within document.

DATED: May 14, 2013          RICHARD DOYLE, City Attorney

By: _____/s/_____
RANDOLPH S. HOM,
Sr. Deputy City Attorney
Attorneys for Defendants

**The deadline to complete Early Neutral Evaluation is extended to August 13, 2013.** ~~GOOD CAUSE APPEARING~~, IT IS SO ORDERED.

DATED: May 15, 2013          _____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge