*E-Filed: February 28, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELINA GALINDO, ET AL., | No. C13-00105 HRL |
| Plaintiffs, | **ORDER CONTINUING PRETRIAL CONFERENCE AND SETTING TRIAL DATE** |
| v. | |
| LEE TASSIO, ET AL., | |
| Defendants. | |

In April 2013, the undersigned set the Pretrial Conference in this case for March 4, 2014, and ordered "the parties to contact the chambers of Magistrate Judge Grewal *well in advance of* the Pretrial Conference to arrange a Settlement Conference *to take place prior to* the Pretrial Conference." However, the parties apparently waited until February 25, 2014, over ten months after the order and just seven days before the Pretrial Conference, to schedule a Settlement Conference for April 28, 2014, nearly eight weeks after the Pretrial Conference. As a result of the parties' dilatory performance, the Court hereby continues the Pretrial Conference to **June 3, 2014, at 1:30 pm**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California. Moreover, based upon the parties' Joint Pretrial Conference Statement, the earliest mutually agreeable time to begin trial is "mid to late July, 2014." Accordingly, the Court hereby sets trial to begin on **July 21, 2014.**

**IT IS SO ORDERED.**

Dated: February 28, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-00105 Notice will be electronically mailed to:**

Dale Kristopher Galipo     dkg.courtmail@yahoo.com, aboone@galipolaw.com, dalekgalipo@yahoo.com, evalenzuela@galipolaw.com, knaveb@galipolaw.com, lcostanza@galipolaw.com, rleblanc@galipolaw.com, rvalentine@galipolaw.com, rvasquez@galipolaw.com, tseabaugh@galipolaw.com

Jaime Alejandro Leanos     jleanoslaw@pacbell.net, florysel-leanos@pacbell.net, vdewanlaw@gmail.com

Nora Valerie Frimann     cao.main@sanjoseca.gov

Paul Francis Caputo     paul@caputolaw.com, marsha@hawkins-law.com

Randolph S. Hom     randolph.hom@sanjoseca.gov, alicemshore@yahoo.com, cao.main@sanjoseca.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**