*E-Filed: July 3, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELINA GALINDO, ET AL.,<br><br>　　　　Plaintiffs,<br>　v.<br>LEE TASSIO, ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C13-00105 HRL<br><br>**INTERIM ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>**[Re: Docket No. 101]** |

Plaintiffs move for leave to file a first amended complaint based on the Ninth Circuit's recent holding in *Chaudry v. City of Los Angeles* that "California's prohibition against pre-death pain and suffering damages . . . does not apply to § 1983 claims where the decedent's death was caused by the violation of federal law." *Chaudry*, 751 F.3d 1096 (9th Cir. 2014). Defendant's only argument in opposition is that the Court should deny the motion without prejudice pending a decision on appeal or until the time to appeal has run. However, Defendant does not suggest that he will suffer any prejudice if the Court grants the motion.

As an initial matter, Plaintiffs did not attach their proposed amended pleading as required by the local rules. *See* Civil L.R. 10-1 ("Any party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference."). Moreover, the § 1983 claim in the operative complaint already alleges that decedent "experienced pain [and] suffering" as a proximate result of Defendant's misconduct, and the prayer for relief includes "general damages." *See* Dkt. No. 1, Complaint, at ¶ 54(d) and Section VII. Thus,

it is not clear that any amendment is necessary in order for Plaintiffs to recover for the decedent's pre-death pain and suffering to the extent allowed by *Chaudry*.

In any event, Plaintiffs shall file their proposed first amended complaint within seven (7) days from the date of this interim order. The hearing currently scheduled for July 8, 2014 is VACATED, to be reset if needed.

**IT IS SO ORDERED.**

Dated: July 3, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-00105 HRL Notice will be electronically mailed to:**

Dale Kristopher Galipo    dkg.courtmail@yahoo.com, aboone@galipolaw.com, dalekgalipo@yahoo.com, evalenzuela@galipolaw.com, knaveb@galipolaw.com, lcostanza@galipolaw.com, rleblanc@galipolaw.com, rvalentine@galipolaw.com, rvasquez@galipolaw.com, tseabaugh@galipolaw.com

Jaime Alejandro Leanos    jleanoslaw@pacbell.net, florysel-leanos@pacbell.net, vdewanlaw@gmail.com

Nora Valerie Frimann    cao.main@sanjoseca.gov

Paul Francis Caputo    paul@caputolaw.com, marsha@hawkins-law.com

Randolph S. Hom    randolph.hom@sanjoseca.gov, cao.main@sanjoseca.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**