*E-Filed: July 17, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELINA GALINDO, ET AL., | No. C13-00105 HRL |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO AMEND** |
| v. | |
| LEE TASSIO, ET AL., | [Re: Docket No. 101] |
| Defendants. | |

Plaintiffs move for leave to file a first amended complaint based on the Ninth Circuit's recent holding in *Chaudry v. City of Los Angeles* that "California's prohibition against pre-death pain and suffering damages . . . does not apply to § 1983 claims where the decedent's death was caused by the violation of federal law," *Chaudry*, 751 F.3d 1096 (9th Cir. 2014). *See* First Am. Compl., Dkt. No. 111. In an interim order, while expressing some doubt that amendment was even necessary to recover damages for pre-death pain and suffering, the Court nevertheless ordered Plaintiffs to file its proposed first amended complaint as required by Civil L.R. 10-1. *See* Inter Order re: Pl.'s Mot. Leave Am., Dkt. No. 110. In addition to expressly seeking damages for pre-death pain and suffering, Plaintiffs' proposed first amended complaint adds additional prayers for relief unrelated to the *Chaudry* holding and not addressed in its motion. It also continues to assert a § 1983 claim based on violation of the 14th Amendment, on which this Court previously granted summary judgment for Defendant. Accordingly, Plaintiffs' proposed pleading is unacceptable, and their motion to amend is DENIED. However, the Court stands by its initial assessment and finds

1 that Plaintiffs' original complaint, which remains the operative pleading in this case, is sufficient to
2 support recovery for pre-death pain and suffering as allowed by *Chaudry*.  *See* Complaint for
3 Damages, Dkt. No. 1.

**IT IS SO ORDERED.**

Dated: July 17, 2014



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-00105** **Notice will be electronically mailed to:**

Dale Kristopher Galipo     dkg.courtmail@yahoo.com, aboone@galipolaw.com, dalekgalipo@yahoo.com, evalenzuela@galipolaw.com, knaveb@galipolaw.com, lcostanza@galipolaw.com, rleblanc@galipolaw.com, rvalentine@galipolaw.com, rvasquez@galipolaw.com, tseabaugh@galipolaw.com

Jaime Alejandro Leanos     jleanoslaw@pacbell.net, florysel-leanos@pacbell.net, vdewanlaw@gmail.com

Nora Valerie Frimann     cao.main@sanjoseca.gov

Paul Francis Caputo     paul@caputolaw.com, marsha@hawkins-law.com

Randolph S. Hom     randolph.hom@sanjoseca.gov, cao.main@sanjoseca.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**