*E-Filed: July 21, 2014*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CELINA GALINDO, et al., | Case No. CV 13-0105 - HRL |
| Plaintiffs | [~~PROPOSED~~] ORDER NOTICE OF SETTLEMENT AND JOINT STIPULATION |
| v. | |
| LEE TASSIO, et al., | Trial: July 21, 2014 |
| Defendants | |

### Order

Before the Court is a Notice of Settlement and Joint Stipulation (Doc. No. 113). The parties have reached a conditional settlement, and request additional time to satisfy the conditions and perform their obligations under the agreement. The parties have indicated that certain procedures must be followed for the settlement to be approved by the Defendant City of San Jose. Defendants have stipulated that the settlement will be presented at a San Jose City Council meeting no earlier than August 19, 2014, which the parties indicate is the first available date consistent with

1  the Brown Act. Defendants have further stipulated no approval from anyone is
2  required other than the San Jose City Council. Because this case involves a minor,
3  Plaintiffs will also need to petition this court for approval of the minor's
4  compromise.
5       Having read and considered the parties stipulation, and good cause appearing,
6  it is ordered as follows:
7       All dates are vacated and all pending matters in this case, including the trial
8  scheduled for July 21, 2014, are taken off calendar. The parties shall either dismiss
9  the case or file a status report regarding the progress of their efforts within 90 days.
10 Fed.R.Civ.P. 16(b)(4); L.R. 16-15.

12 **IT IS SO ORDERED.**

14 Dated: July 21, 2014

                                              _____
15                                             Magistrate Judge Howard Lloyd